UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>JASON M CROUCH<br>CARLENE D CHIN-CROUCH<br><br>Debtors<br><br>BRIDGECREST CREDIT COMPANY, LLC<br>AS SERVICER FOR CARVANA, LLC<br><br>Movant<br><br>v.<br><br>JASON M CROUCH<br>CARLENE D CHIN-CROUCH<br>(Debtors)<br><br>SCOTT F. WATERMAN<br>(Trustee)<br><br>Respondents | Chapter 13<br>Case No. 24-12738-AMC |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) AND FOR ENTRY OF ORDER WAIVING THE PROVISION OF FED. R. BANKR. P. 4001(a)(4)**

NOW COMES Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC, a secured creditor in the above-captioned bankruptcy case, by its counsel, Orlans Law Group PLLC, as and for a motion pursuant to 11 U.S.C. § 362(d)(1) and Fed. R. Bankr. P. 4001(a)(4), seeking an Order granting relief from the Automatic Stay in order to obtain possession and dispose of its collateral, namely one 2017 GMC Sierra 1500 Regular Cab and states the following as grounds therefore:

1. This Court has jurisdiction over this matter under 28 U.S.C. §§ 1334(b) and § 157(a) and 11 U.S.C. § 362(d).  Upon information and belief, this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

2. On August 6, 2024, the Debtors, above-named, filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code.

3. Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC (the "Creditor") is a secured creditor and the holder of a duly perfected security interest in one (1) 2017 GMC Sierra 1500 Regular Cab VIN No. 1GTN1LEC9HZ905464 (the "Vehicle") pursuant to a Retail Installment Contract and Security Agreement (the "Contract"), a retail installment contract between the Debtor Jason Michael Crouch and Carvana, LLC (the "Seller"), entered into on July 16, 2024, whereby the Debtors agreed to pay a total of $44,305.81 in connection with the purchase of the Vehicle.  The Vehicle is owned by, and upon information and belief is in the possession and control of the Debtors. True and correct redacted versions of the Contract and Proof of Lien Perfection are attached as Exhibits "A" and "B", respectively.

4. Pursuant to 11 U.S.C. § 362(d)(1), upon request of a party in interest, the Court shall grant relief from the automatic stay for cause, including lack of adequate protection of an interest in property of such party in interest.

5. As of September 29, 2025, the net total balance due on the obligation to Creditor was $24,043.90.

6. As of September 29, 2025, the Debtors are in default of the payment obligations to the Creditor pursuant to the terms and conditions of the Contract in the amount of $1,773.00, in which post-petition delinquency is $1,182.00 and pre-petition arrearage is $591.00.

7. That Creditor has ascertained that the retail value of the Vehicle is $17,025.00 based on JD Power Official Used Car Guide's estimated value of the Vehicle. A copy of the JD Power Official Used Car Guide for valuation of the Vehicle is attached hereto as Exhibit "C".

8. Upon information and belief, there is no other encumbrance affecting the Vehicle, and there is no other collateral securing the indebtedness.

9. Upon information and belief, the Debtors continue to enjoy the use and possession of the Vehicle subjecting same to normal occupational wear and tear thereby causing of the Vehicle to depreciate in value. It is respectfully submitted that the continued use of the Vehicle shall eventually render it useless thereby causing Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC irreparable damage to its interests in same.

10. It is respectfully asserted that the Creditor's interest in the Vehicle will not be adequately protected if the automatic stay is allowed to remain in effect.

11. Accordingly, sufficient cause exists to grant the Creditor relief from the automatic stay.

WHEREFORE, the Creditor, Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC, respectfully requests that the Court issue an Order, pursuant to 11 U.S.C. §362(d), either:

a. Granting the Creditor relief from the automatic stay in order to obtain possession and dispose of the Vehicle, the entry of which order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(4); and

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

      b.  For such other and further relief as the Court may deem just and proper.

Date: October 9, 2025

                      Respectfully Submitted,

*/s/Eliza Garifullina*
Eliza Garifullina, Esq. PA 336983
Michele M. Bradford, Esq. PA 69849
Elizabeth Trachtman, Esq. PA 333427
Orlans Law Group PLLC
Attorney for Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: egarifullina@orlans.com
mbradford@orlans.com
etrachtman@orlans.com
File Number: 25-013091